# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 12, 2009

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

138618(35)

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

                                   SC:   138618
                                   CoA:  287529

JUSTLY ERNEST JOHNSON,
      Defendant-Appellant.
_____
                                   Wayne CC: 99-005393

      On order of the Chief Justice, the motion for temporary admission to practice of Byron C. Lichstein is considered and it is GRANTED.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 12, 2009 _____          _____
                                                             Clerk